No. 43. APALACHICOLA LAND & DEVELOPMENT COMPANY ET AL. *v.* W. A. McRAE, COMMISSIONER OF AGRICULTURE OF THE STATE OF FLORIDA, ET AL. Error to the Supreme Court of the State of Florida. Submitted October 12, 1925. Decided October 19, 1925. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of section 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton*, 252 U. S. 1, 5–6. *Messrs. Fred H. Davis* and *E. Tillman Davis,* for plaintiffs in error. *Messrs. Rivers Buford* and *Fred T. Myers,* for defendants in error.

No. 35. FRANK L. SMITH ET AL. *v.* ILLINOIS BELL TELEPHONE COMPANY. Appeal from the District Court of the United States for the Northern District of Illinois. Argued October 13, 1925. Decided October 19, 1925. *Per Curiam.* Affirmed upon the authority of *Chicago & Great Western Ry. Co.* v. *Kendall,* 266 U. S. 96, 100. *Mr. Stephen A. Foster,* with whom *Messrs. E. Barrett Prettyman, Oscar E. Carlstrom* and *Karl D. Loos* were on the brief, for appellants. *Messrs. John W. Davis* and *Charles M. Bracelen,* with whom *Messrs. N. T. Guernsey* and *Philip B. Warren* were on the brief, for respondent.